IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRYAN WILLIAM MANSEAU,<br><br>       Plaintiff,<br><br>   v.<br><br>SALT LAKE COUNTY,<br><br>       Defendant. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:13-CV-78 TS<br><br>District Judge Ted Stewart |

Plaintiff, inmate Bryan William Manseau, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the Amended Complaint under § 1915(e), in an Order dated June 13, 2013, the Court determined Plaintiff's Amended Complaint was deficient.  The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  A second amended complaint was filed on July 12, 2013, which the Court also rejected as deficient, ordering another amended complaint.  A third amended complaint was filed on August 9, 2013, which the Court also rejected as deficient, on December 18, 2013, ordering another amended complaint to be filed within thirty days.  Two months later, Plaintiff has yet to file anything new.

**IT IS THEREFORE ORDERED** that Plaintiff' Third Amended Complaint is **DISMISSED** with prejudice for Plaintiff's failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute. This case is **CLOSED.**

DATED this 18th day of February, 2014.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court